# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 17-13945-ELF

ANTHONY COVELLO JR

10202 E. KESWICK ROAD

PHILADELPHIA, PA 19114

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANTHONY COVELLO JR

    10202 E. KESWICK ROAD

    PHILADELPHIA, PA 19114

**Counsel for debtor(s), by electronic notice only.**
    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                      /s/ William C. Miller

Date: 11/29/2017

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee