**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    ANTHONY COVELLO    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 17-13945

## CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the foregoing Amended Chapter 13 Plan has been served upon the Trustee and all interested parties on December 12, 2017 by regular first class mail or electronic mail.

BY: /s/ Zachary Perlick
Zachary Perlick, Esquire
42 S. 15th Street, Suite 1113
Philadelphia, PA  19102
(215) 569-2922