United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-13945-elf
Anthony Covello, Jr                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett        Page 1 of 1         Date Rcvd: Mar 18, 2020
                             Form ID: 138NEW        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db          +Anthony Covello, Jr,    10202 E. Keswick Road,    Philadelphia, PA 19114-1303
13999657    +JPMorgan Chase Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
              701 Market St., Ste. 5000,    Phila., PA 19106-1541
14408745    +JPMorgan Chase Bank, National Association,    c/o Kevin S. Frankel, Esquire,
              Shapiro & DeNardo, Esqquire,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13998105    +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14387096     Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:23     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:44
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:19     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14021818     E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:22     Water Revenue Bureau,
              c/o Pamela Elchert Thurmond,    Law Department  Tax Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13930201    +E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:21:26     Discover,    PO Box 71084,
              Charlotte, NC 28272-1084
13947331     E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:21:26     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14408743     E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 19 2020 04:17:14
              JPMorgan Chase Bank, National Association,    7255 Baymeadows Way,    ATTN: JAXB2007,
              Jacksonville, FL 32256
13930202    +E-mail/Text: bk.notifications@jpmchase.com Mar 19 2020 04:21:39     JPMorgan Chase Bank, N.A.,
              POB 29505,    Phoenix, AZ 85038-9505
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Anthony   Covello, Jr Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Anthony Covello, Jr
    Debtor(s)

Bankruptcy No: 17−13945−elf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/18/20

58 − 56
Form 138_new