Certificate Number: 15317-PAE-DE-034293957

Bankruptcy Case Number: 17-13945



15317-PAE-DE-034293957

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2020, at 7:00 o'clock PM PDT, Anthony Covello Jr completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 30, 2020                By:  /s/Mariel Macrohon

                                     Name:  Mariel Macrohon

                                     Title:  Counselor